

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00476-CV

| | | |
|---|---|---|
| JERALD H. MILLER, JR., Appellant | § | On Appeal from the 348th District Court |
| v. | § | of Tarrant County (348-325467-21) |
| CITY OF FORT WORTH, FORT WORTH INDEPENDENT SCHOOL DISTRICT, TARRANT COUNTY COLLEGE DISTRICT, TARRANT COUNTY HOSPITAL DISTRICT, TARRANT COUNTY REGIONAL WATER DISTRICT, AND TARRANT COUNTY, Appellees | § | February 23, 2023 |
| | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM